UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY L. FOWLER,

      Plaintiff,

v.                                                Case number 08-12889

ZONDERVAN PUBLISHING CORP., LLC,       Honorable Julian Abele Cook, Jr.

      Defendant.

## ORDER

This is a case in which the Plaintiff, Bradley L. Fowler, contends that the Defendant, Zondervan Publishing Corp., LLC ("Zondervan Publishing"), caused harm to him when it included the word "homosexual" in its published versions of the Bible. On July 29, 2008, Zondervan Publishing submitted a motion to the Court, seeking to have this case consolidated with *Fowler v. Thomas Nelson Publishing,* Case No. 08-12572, which was filed on June 17, 2008.[1]

The Federal Rules of Civil Procedure allow for the consolidation of cases if there are "common question[s] of law or fact" and in those instances wherein such an action by a court would avoid an unnecessary delay and an expenditure of costs. Fed. R. Civ. P. 42(a).

Following its examination of the official records of these two cases, the Court concludes that they contain a common set of facts and questions of law. Accordingly, the motion by

---

[1] Zondervan Publishing also requests that this case (Case No. 08-12889) be transferred from the case docket of Judge Anna Diggs Taylor to this Court pursuant to E.D. Mich. LR 83.11. However, this request is now moot inasmuch as Judge Taylor entered an order of reassignment on July 31, 2008 which transferred the *Fowler* case to this Court.

Zondervan Publishing to consolidate this case with *Fowler v. Thomas Nelson Publishing,* Case No. 08-12572 is granted. All future documents shall be filed in Case No. 08-12572.

IT IS SO ORDERED.

Dated: September 17, 2008             s/ Julian Abele Cook, Jr.
       Detroit, Michigan                   JULIAN ABELE COOK, JR.
                                            United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 17, 2008.

                                                      s/ Kay Doaks
                                                      Case Manager